UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                  Plaintiff,

                                                                   <u>ORDER</u>

                                                                   04-CR-6068L

          v.

GUARLD D. CLINE,

                                  Defendant.
_____

      By order entered September 30, 2008 (Dkt. #86), this Court committed the defendant to the custody of the Attorney General, pursuant to 18 U.S.C. § 4242(d)(1) to determine if there is a substantial probability that the defendant would attain competency. Defendant was ordered to self-surrender at the Federal Medical Center, Butner, North Carolina, when ordered to do so.

      A report was issued by the Warden on December 9, 2008, which included a Certificate of Restoration of Competency to Stand Trial pursuant to 18 U.S.C. § 4241(e). That report was submitted to the Court, the Government and counsel for the defense.

      It is hereby

      ORDERED that the defendant Guarld Cline appear for proceedings in connection with this report on December 17, 2008 at 3:00 p.m. I hereby release defendant on the previously set

conditions of release and direct the Warden at the Federal Medical Center, Butner, North Carolina to release the defendant Guarld Cline on Monday, December 15, 2008 between 9:00 a.m. and 12 noon to the custody of a family member, specifically Joshua Gimmerson, who will provide transportation of the defendant to this district for further proceedings concerning the report and the pending indictment.

    IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       December 12, 2008.